FILED
CLERK, U.S. DISTRICT COURT
9/30/21
CENTRAL DISTRICT OF CALIFORNIA
BY: eb DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD M.,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 8:20-cv-00293-PSG-PD<br><br>[PROPOSED] ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report").[1] No objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: __9/30__, 2021.

HON. PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States. Kilolo Kijakazi, the Acting Commissioner of the Social Security Administration, is hereby substituted in as the Defendant pursuant to Rule 25(d).