FILED
CLERK, U.S. DISTRICT COURT
9/30/21
CENTRAL DISTRICT OF CALIFORNIA
BY: eb DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD M., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 8:20-cv-00293-PSG-PD <br><br> [PROPOSED] JUDGMENT |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is Affirmed and this action is dismissed with prejudice.[1]

Dated: __9/30__, 2021.

_____
HON. PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States. Kilolo Kijakazi, the Acting Commissioner of the Social Security Administration, is hereby substituted in as the Defendant pursuant to Rule 25(d).